UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WALID HAMED** | § | CIVIL ACTION NO. _____, |
| | § | |
| **versus** | § | JUDGE _____ |
| | § | |
| **CHASE HOME FINANCE, LLC** | § | MAGISTRATE _____ |

### NOTICE OF REMOVAL

TO:   Walid Hamed
      319 Nottoway Dr.
      Destrehan, LA 70047

**PLEASE TAKE NOTICE** that JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC (Chase), defendant in civil action entitled "*Walid Hamed v. Chase Home Finance L.L.C.*", Suit No. 13-588, 5th Justice of the Peace Court, Parish of Jefferson, State of Louisiana, files this notice of removal of the civil action to the United States District Court for the Eastern District of Louisiana.

A copy of this notice of removal is being filed with the Clerk of the 5th Justice of the Peace Court, Parish of Jefferson, in conformity with 28 U.S.C. §1446(d), as amended.

Chase respectfully represents that the grounds for removal are:

1.

On August 28, 2013, a petition entitled ""*Walid Hamed v. Chase Home Finance L.L.C.*" was filed in the 5th Justice of the Peace Court, Parish of Jefferson, State of Louisiana as Suit No. 13-588, on the docket of said court, which is within the jurisdiction of the Eastern District of Louisiana.

2.

The petition was served on Chase on September 3, 2013.

3.

Thirty days have not expired since the receipt by Chase, through service or otherwise, of a copy of the initial pleadings setting forth a claim for relief upon which such action or proceeding is based.

4.

One year has not expired since the commencement of this action.

5.

The plaintiff asserts in his petition that Chase has refused to remove Private Mortgage Insurance (PMI) from his mortgage loan account in violation of the federal Home Owners Protection Act of 1998, Chase has violated his civil rights, and Chase has falsely reported his mortgage loan account in violation of the federal Fair Credit Reporting Act, among other things.

6.

The above described action is one over which this court has original jurisdiction pursuant to 28 U.S.C. §1331, in that this case arises under the laws of the United States. Therefore, pursuant to 28 U.S.C. §1441, this case may be removed to the United States District Court for the Eastern District of Louisiana.

7.

Congress has dictated that federal courts have jurisdiction over all cases "arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.  Normally, the "well-pleaded complaint" rule requires that, for a federal court to have "arising under" jurisdiction, the

plaintiff's federal law claims must appear on the face of the complaint. *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808, 106 S.Ct. 3229, 92 L.Ed.2d 650 (1986). On the face of the plaintiff's petition, he has asserted claims arising under several federal laws.

8.

This court may also maintain jurisdiction over the plaintiff's state law claims under this Court's supplemental jurisdiction, 28 U.S.C. § 1367.

9.

The only process, pleadings, and orders filed in this matter of which Chase is aware are the following: the petition and attached documents and the citations. Filed herewith as Exhibit "A" is a copy of all documents filed in the justice of the peace court record as of this date.

10.

Promptly after this notice of removal is filed, written notice thereof will be given to all adverse parties and a copy of the notice of removal will be filed with the Clerk of the 5th Justice of the Peace Court, Jefferson Parish to affect the removal of this civil action to this honorable court as provided by law.

11.

This notice of removal does not waive any objections, motions and exceptions that Chase would have if this matter remained in state Court. Chase reserves all objections, motions and exceptions it may have.

**WHEREFORE**, JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC, prays that this notice of removal be accepted as good and sufficient, and that the aforesaid petition be removed from the state court to this honorable court for trial and

443571.1

determination as provided by law, that this court enter such orders and issue such process as may be proper to bring before it all copies of all records and proceedings in the civil action from state court, and there upon proceed with this civil action as if it had originally been commenced in this court.

Respectfully submitted,

/s/ Amanda S. Stout
MICHAEL D. FERACHI, (Bar Roll No. 19566)
AMANDA S. STOUT (Bar Roll No. 29001)
McGlinchey Stafford
301 Main Street, 14th Floor
Baton Rouge, Louisiana  70802
Telephone:  (225) 383-9000
Telecopier:  (225) 343-3076

ATTORNEYS FOR JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record and *pro se* parties via United States Mail, postage prepaid and properly addressed and/or electronically via the court's CM/ECF system, on this the 13th day of September, 2013.

/s/ Amanda S. Stout
Amanda S. Stout