UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALID HAMED                                             CIVIL ACTION

VERSUS                                                  NUMBER: 13-5833

CHASE HOME FINANCE LLC                                  SECTION: "C" 5

**J U D G M E N T**

Considering the Court"s order granting defendant's motion to dismiss, record document no. 21; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, and against plaintiff Walid Hamed, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 4th day of February 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE